UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRYCE CORPORATION,

Plaintiff,

-v.-

XL INSURANCE AMERICA, INC.,

Defendant.

23 Civ. 1814 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

In light of the fact that the parties have executed a waiver of service and

Defendant's response to the Complaint is not due until June 5, 2023, the

initial pretrial conference scheduled to take place on May 16, 2023, is hereby

**ADJOURNED to June 23, 2023, at 10:30 a.m.**

SO ORDERED.

Dated:   May 10, 2023
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge