***Bryce Corporation v. XL Insurance America, Inc.*, Case No. 1:23-cv-1814-KPF**
**PARTIES' JOINT APPENDIX OF EXHIBITS**

| Exhibit No. | Date | Description |
|---|---|---|
| 1. | 2016.04 | Business Interruption Gross Earnings Worksheet (XL_0007042 to XL_0007055) |
| 2. | 2019.07.15 | 2019-2020 Bryce Policy (XL_0004608 to XL_0004708) |
| 3. | 2020.05.21 | Email chain, ending with email dated May 21, 2020, from Alan Jeffcoats (XL) to Jay Smelser (XL) (XL_0007686 to XL_0007691) |
| 4. | 2020.05.21 | Email, dated May 21, 2020, from Alan Jeffcoats (XL) to Ron Adams (Stephens), attaching XL 2020-21 Commercial Property Quotation (XL_0011440 to XL_0011457) |
| 5. | 2020.06.15 | Commercial Property Binder, dated June 15, 2020 (XL_0008898 to XL_0008915) |
| 6. | 2021.02.04 | Email, dated February 4, 2021, from Sarah Goolsby (Stephens) to Alan Jeffcoats (XL), with attachment (00269 to 00274) |
| 7. | 2021.06.15 | 2021-2022 Bryce Policy (XL_0000034 to XL_0000109) |
| 8. | 2021.11.15 | Email chain, ending with email dated November 15, 2021, from Raymond Walton (XL) to North America Property & Casualty New Notices Claim Reporting (XL_0003413 to XL_0003414) |
| 9. | 2021.11.16 | XL First Set of Claim Notes (XL_0013469 to XL_0013527) |
| 10. | 2021.11.17 | XL Second Set of Claim Notes (XL_0013528 to XL_0013582) |
| 11. | 2021.11.17 | Email, dated November 17, 2021, from Brian Bearden (Sedgwick) to Raymond Walton (XL) (XL_0002911) |
| 12. | 2021.11.20 | Service Report, dated November 20, 2021, of Windmoller & Holscher (XL_0001790 to XL_0001794) |
| 13. | 2021.12.07 | Email chain, ending with email dated December 7, 2021, from Brian Bearden (Sedgwick) to Raymond Walton (XL) (XL_0001744 to XL_0001747), attaching letter, dated December 3, 2021, from Allstein to Andy Pratt (Bryce) (XL001742 to XL0001743) |
| 14. | 2021.12.16 | Email, dated December 16, 2021, from Raymond Walton (XL) to Alan Jeffcoats (XL) (XL_0001804) |

| | | |
|---|---|---|
| 15. | 2021.12.16 | Email, dated December 16, 2021, from Raymond Walton (XL) to Maureen Myre (XL) (XL_0003791) |
| 16. | 2021.12.17 | Letter, dated December 17, 2021, from Brian Bearden (Sedgwick) to Raymond Walton (XL) (XL_0003831 to XL_0003935) |
| 17. | 2021.12.20 | Memo, dated December 20, 2021, from Christopher Brophy (BRG) to Brian Bearden (Sedgwick) and Robbie Brannon (J.S. Held) (XL_0000646 to XL_0000662) |
| 18. | 2021.12.22 | Email, dated December 22, 2021, from Raymond Walton (XL) to Maureen Myre (XL) and Jeffrey Morgan (XL) (XL_0013630 to XL_0013633) |
| 19. | 2021.12.31 | Email chain, ending in email, dated December 31, 2021, from Brian Bearden (Sedgwick) to Raymond Walton (XL) (XL_0002068 to XL_0002069) |
| 20. | 2022.01.19 | XL Global Claim Handling Principles (XL_0008668 to XL_0008718) |
| 21. | 2022.02.28 | Email, dated February 28, 2022, from Christopher Brophy (BRG) to Brian Bearden (Sedgwick) (BRYCE10887 to BRYCE10897) |
| 22. | 2022.03.16 | Email chain, ending with email, dated March 16, 2022, from Raymond Walton (XL) to Alan Jeffcoats (XL) (XL_0000186 to XL_0000187) |
| 23. | 2022.03.18 | Letter, dated March 18, 2022, from Brian Bearden (Sedgwick) to May Walker (Bryce) (XL_0002672 to XL_0002678) |
| 24. | 2022.03.18 | Letter, dated March 18, 2022, from Brian Bearden (Sedgwick) to May Walker (Bryce) (XL_0000499 to XL_0000505) |
| 25. | 2022.03.28 | Email chain, ending with email, dated March 28, 2022, from Sarah Goolsby (Stephens) to Heba Brown (Stephens) (00481 to 00501) |
| 26. | 2022.04.21 | Email chain, ending with email, dated April 21, 2022, from Jeffrey Morgan (XL) to Patrick McAlpine (Stephens) (XL_0002905 to XL_0002906) |
| 27. | 2022.04.22 | Memo, dated April 22, 2022, from Robbie Brannon (J.S. Held) to Brian Bearden (Sedgwick) (XL_0000663 to XL_0000668) |
| 28. | 2022.05.03 | Email, dated May 3, 2022, from Debi Hilton (Sedgwick) to Raymond Walton (XL), attaching letter, dated May 3, 2022, from Brian Bearden (Sedgwick) to Raymond Walton (XL) (XL_0000916 to XL_0000962) |
| 29. | 2022.05.03 | Email chain, ending with email, dated May 3, 2022, from Jeffrey Morgan (XL) to Brian Bearden (Sedgwick) (XL_0001149 to XL_0001150) |

| | | |
|---|---|---|
| 30. | 2022.06.21 | Letter, dated June 21, 2022, from Brian Bearden (Sedgwick) to Raymond Walton (XL) (Sedgwick_000003 to Sedgwick_000010) |
| 31. | 2022.07.25 | Memo., dated July 25, 2022, from Robbie Brannon (J.S. Held) to Brian Bearden (Sedgwick) (JSHeld_0001090 to JSHeld_0001099) |
| 32. | 2022.07.26 | Email, dated July 26, 2022, from Brian Bearden (Sedgwick) to Raymond Walton (XL) (J.S.Held_0015868 to J.S.Held_0015878) |
| 33. | 2022.08.02 | Letter, dated August 2, 2022, from Brian Bearden (Sedgwick) to May Walker (Bryce) (BRYCE_0010917 to BRYCE_0010919) |
| 34. | 2022.08.29 | Email, dated August 29, 2022, from Raymond Walton (XL) to Jeffrey Morgan (XL) cc'ing Maureen Myre (XL) and Mark Evans (XL) (XL_0013586 to XL_0013592) |
| 35. | 2022.11.03 | Letter, dated November 3, 2022, from Jeffrey Morgan (XL) and Aidan McCormack (DLA Piper) to May Walker (Bryce) |
| 36. | 2023.01.10 | Email, dated January 10, 2023, from Brian Fitzgerald (J.S. Held) to Robbie Brannon (J.S. Held) (JSHeld_0001447) |
| 37. | 2023.01.23 | Memo., dated January 23, 2023, from Robbie Brannon (J.S. Held) to May Walker (Bryce) (BRYCE_0009950 to BRYCE_0009956) |
| 38. | 2023.01.23 | Memo., dated January 23, 2023, from Max Flynn (J.S. Held) to May Walker (Bryce) (BRYCE_0009957 to BRYCE_0009961) |
| 39. | 2023.01.17 | AXA Reserve Documents, dated January 17, 2023 (Deposition Exhibit XL28) |
| 40. | 2023.02.05 | Email chain, ending with email, dated February 5, 2023, from Joey Brown (Stephens) to May Walker (Bryce) (BRYCE_0093525 to BRYCE_0093529) |
| 41. | 2023.03.23 | Letter, dated March 23, 2023, from Raymond Walton (XL) to Sean Bowie (Bryce) (BRYCE_0010060 to BRYCE_0010062) |
| 42. | 2024.06.11 | June 11, 2024 Deposition Transcript of Raymond Walton (XL) |
| 43. | 2024.06.26 | June 26, 2024 Deposition Transcript of Jeffrey Morgan (XL) |
| 44. | 2024.06.27 | June 27, 2024 Deposition Transcript of Jeffrey Morgan (XL) |
| 45. | 2024.07.12 | July 12, 2024 Deposition Transcript of Brian Bearden (Sedgwick) |
| 46. | 2024.07.16 | July 16, 2024 Deposition Transcript of Robert A. Brannon, CPA (J.S. Held) |
| 47. | 2024.07.23 | July 23, 2024 Deposition Transcript of Alan Jeffcoats (XL) |

| | | |
|---|---|---|
| 48. | 2024.08.08 | August 8, 2024 Deposition Transcript of May Walker (Bryce) |
| 49. | 2024.09.12 | September 12, 2024 Expert Report of Alice V. Edwards MSc, ACII, FCILA |
| 50. | 2024.10.22 | October 22, 2024 Expert Report of William Higgins, P.S.P. |
| 51. | 2020.02.26 | 2020 Notice of Nonrenewal directed to Bryce Corporation (XL_0011686 to XL_0011687) |
| 52. | 2021.02.25 | 2021 Notice of Nonrenewal directed to Bryce Corporation (XL_0011228 to XL_0011229) |
| 53. | 2021.05.21 | Email chain, ending with email, dated May 21, 2021, from Alan Jeffcoats (XL) to Ron Adams (Stephens), Sarah Goolsby (Stephens), Michael King (Stephens) and Curtis Lassiter (Stephens) (XL_0006460 to XL_0006487) |
| 54. | 2020.07.23 | 2020-2021 Bryce Policy (XL_0007362 to XL_0007436). |
| 55. | 2021.03.23 | Email chain, ending with email, dated March 23, 2021, from Ron Adams (Stephens) to May Walker (Bryce) (00777 to 00779) |
| 56. | 2019-2020 | Bryce's 2019- 2020 Business Interruption Worksheet (Deposition Exhibit CB9) |
| 57. | 2021.12.13 | Memorandum, dated December 13, 2021, from Bryce to XL (BRYCE_0000083 to BRYCE_0000085) |
| 58. | 2021.11.08 | Email chain, ending with email, dated November 8, 2021, from Chris Fulks (Bryce) to May Walker (Bryce) (JSHeld_0016249 to JSHeld_0016251) |
| 59. | 2021.10.26 | Email chain, ending with email, dated October 26, 2021, from Harold Gooch (Bryce) to Dan Conley (Bryce) (BRYCE_0087711 to BRYCE_0087712) |
| 60. | 2021.09.07 | Email chain, ending with email, dated September 7, 2021, from Harold Gooch (Bryce) to Amanda Biggs (Bryce) and Chad McDonald (Bryce) (BRYCE_0018534 to BRYCE_0018536) |
| 61. | 2021.03.21 | Email chain, ending with email, dated March 21, 2021, from Stan Payne (Stephens) to Ron Adams (Stephens) (00817 to 00819) |
| 62. | 2022.09.19 | Email chain, ending with email, dated September 19, 2022, from May Walker (Bryce) to Brian Bearden (Sedgwick) (BRYCE_0010950 to BRYCE_0010951) |
| 63. | 2022.07.17 | Email chain, ending with email, dated July 17, 2022, from May Walker (Bryce) to Tarrance Todd (Bank of America) (BRYCE_0005101) |

| | | |
|---|---|---|
| 64. | 2024.06.17 | June 17, 2024 Deposition Transcript of Sean Bowie (Bryce) |
| 65. | 2025.05.15 | May 15, 2025 Deposition Transcript of Christopher Brophy (BRG) |
| 66. | 2022.06.03 | Memorandum, dated June 3, 2022, from Christopher Brophy (BRG) and Leah Yang (BRG) to Robbie Brannon (J.S. Held) (Deposition Exhibit CB6) |
| 67. | 2025.05.08 | May 8, 2025 Deposition Transcript of Alison Keane (Bryce Expert) |
| 68. | 2024.09 | September 2024 Expert Report of Alison Keane with Exhibits |
| 69. | 2022.03.09 | Email chain, ending with email, dated March 9, 2022, from Sean Bowie (Bryce) to May Walker (Bryce) (BRYCE_0092953 to BRYCE_0092956) |
| 70. | 2021.07.09 | Email chain, ending with email, dated July 9, 2021, from Robin Moneypenny (Bryce) to Sean Bowie (Bryce) (BRYCE_0001376 to BRYCE_0001378) |
| 71. | 2021.12.11 | Email chain, ending with email, dated December 11, 2021, from Sean Bowie (Bryce) to May Walker (Bryce) (BRYCE_0093759 to BRYCE_0092932) (Deposition Exhibit 4) |
| 72. | 2022.02.28 | Email chain, ending with email, dated February 28, 2022, from Christopher Brophy (BRG) to Brian Bearden (Sedgwick) (BRYCE_0010887 to BRYCE_0010897) |
| 73. | 2022.06.02 | Email chain, ending with email, dated June 2, 2022, from May Walker (Bryce) to Ron Adams (Stephens) (BRYCE_0005573 to BRYCE_0005576) |
| 74. | 2020 | Bryce Corporation's July 2020 Prospectus (JSHeld_0046678 to JSHeld_0046720) |
| 75. | 2024.10.22 | October 22, 2024 Expert Report of Stephen E. Walraven with Exhibits (XL) |
| 76. | 2024.10.22 | October 22, 2024 Expert Report of Kent Bogdan with Exhibits (XL) |