

**John N. Ellison**
Direct Phone: +1 212 205 6117
Email: jellison@reedsmith.com

Reed Smith LLP
599 Lexington Avenue
New York, NY 10022-7650
+1 212 521 5400
Fax +1 212 521 5450
reedsmith.com

October 17, 2025

**VIA CM/ECF & EMAIL (*Failla_NYSDChambers@nysd.uscourts.gov*)**

Hon. Katherine Polk Failla
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007



    RE:    *Bryce Corp. v. XL Insurance America, Inc.*,
              S.D.N.Y. No. 1:23-cv-01814-KPF

Dear Judge Failla:

    On behalf of Plaintiff Bryce Corporation ("Bryce"), we write pursuant to Rule 2(C) of this Court's Individual Rules of Practice in Civil Cases, to respond to Defendant XL Insurance America, Inc.'s ("XL") Letter Motion, filed on October 14, 2025 [Dkt. No. 147], requesting permission to file under seal in its entirety XL's October 14, 2025 Reply in Support of its Cross-Motion for Partial Summary Judgment ("XL's Reply") [Dkt. Nos. 148 & 149].[1]

    Bryce takes no position with respect to XL's Letter Motion to Seal.

Respectfully submitted,

*/s/ John N. Ellison*
John N. Ellison
Reed Smith LLP

cc:    All Counsel of Record (*Via* ECF & Email)

---

[1] Bryce notes that XL's Reply was filed after the October 13, 2025 deadline set by the Court's July 1, 2025 Order [Dkt. No. 113].

ABU DHABI ♦ ASTANA ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG
HOUSTON ♦ LONDON ♦ LOS ANGELES ♦ MIAMI ♦ MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH
PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

US_ACTIVE-207956153.3

The Court has reviewed Defendant's motion to seal its reply brief in its entirety (Dkt. #147), and Plaintiff's above response (Dkt. #150). Given Plaintiff's lack of opposition, and for the reasons set forth in Defendant's letter, Defendant's motion to seal is GRANTED.

Furthermore, the Court is in receipt of Plaintiff's request for oral argument concerning the parties' cross motions for summary judgment. (Dkt. #143). If the Court determines that oral argument would be useful, it will promptly reach out to the parties.

The Clerk of Court is directed to maintain docket entry 148 under seal. The Clerk of Court is further directed to terminate the pending motion at docket entry 147.

Dated:    October 17, 2025         SO ORDERED.
          New York, New York

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE