UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| BRYCE CORPORATION,<br><br>Plaintiff,<br><br>-v.-<br><br>XL INSURANCE AMERICA, INC.,<br><br>Defendant. | 23 Civ. 1814 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

For the reasons set forth on the record at the February 3, 2026 conference, the partes' cross motions for summary judgment are both DENIED. In addition, Plaintiff's motion to preclude the testimony of Defendant's experts is GRANTED IN PART and DENIED IN PART, as stated on the record. The parties shall file a joint status letter regarding next steps in the case on or before **March 5, 2026**.

The Clerk of Court is directed to terminate the pending motions at docket entries 104, 117, and 128.

SO ORDERED.

Dated:   February 3, 2026
         New York, New York

                                        KATHERINE POLK FAILLA
                                        United States District Judge