UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRYCE CORPORATION,

               Plaintiff,

               -v.-

XL INSURANCE AMERICA, INC.,

               Defendant.

23 Civ. 1814 (KPF)

SCHEDULING ORDER

KATHERINE POLK FAILLA, District Judge:

It is hereby ORDERED that the following trial schedule will be in effect:

- Trial will be set to begin on **October 26, 2026, at 9:00 a.m.**;

- The parties' Joint Pretrial Order, motions *in limine*, requests to charge, proposed voir dire questions, and any pretrial memoranda of law will be due on or before **September 25, 2026**;

- Any opposition papers will be due on or before **October 2, 2026**; and

- The parties are instructed to comply with Rule 7 of the Court's Individual Rules of Practice in Civil Cases when submitting their pretrial materials.

- The final-pretrial conference will be scheduled for **October 13, 2026 at 10:00 a.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

SO ORDERED.

Dated:      June 25, 2026
            New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge