UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRYCE CORPORATION,<br>Plaintiff,<br>-v.-<br>XL INSURANCE AMERICA, INC.,<br>Defendant. | 23 Civ. 1814 (KPF)<br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The Court is in receipt of Plaintiff's letter motion to file under seal certain exhibits to and information in its Underwriting Motion *in Limine* ("MIL") and its Intent MIL (Dkt. #188), as well as Defendant's letter motions to file under seal certain exhibits to its MIL No. 1 (Dkt. #196), the entirety of its Memorandum of Law in Support of its MIL No. 2 (Dkt. #200), and the entirety of its Memorandum of Law in Support of its MIL No. 3 (Dkt. #204). Upon review of these motions and related filings, the Court GRANTS all the parties' sealing applications.

However, for some of their applications, the parties have not provided the sealed versions of the documents they intend to be filed under seal. This means that the Court only has the "SEALED" slip pages, and not the underlying document. To the extent they have not done so already, the parties are reminded to file a copy of the documents under seal. Moving forward in this case, the parties are reminded to adhere to the following sealing practices:

- *First*, the parties should *publicly* file one docket entry containing a letter motion requesting leave to file certain documents under seal;

- *Second*, the parties should file a second docket entry *under seal* containing the underlying filing and any attachments. If the parties seek to redact portions of the document, rather than seal the entire document, they should highlight the proposed redactions; and

- *Third*, the parties *publicly* file a third docket entry containing the underlying filing and any attachments in an order that parallels the documents in the second docket entry. If the parties seek to redact portions of the document, they should file the document with redactions applied. If the parties seek to file the entire document under seal, they should file a "SELAED" slip page in place of the document.

Next, and with apologies, the Court must ADJOURN the final-pretrial conference currently scheduled for Tuesday, October 13, 2026, to **October 14, 2026**, at **3:30 p.m.**, in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. The Court thanks the parties in advance for their flexibility.

The Clerk of Court is directed to terminate the pending motions at docket entries 188, 196, 200, and 204, and to maintain under seal the submissions requested therein.

SO ORDERED.

Dated: September 28, 2026
New York, New York

Katherine Polk Failla

KATHERINE POLK FAILLA
United States District Judge