UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRYCE CORPORATION,<br><br>Plaintiff,<br><br>-v.-<br><br>XL INSURANCE AMERICA, INC.,<br><br>Defendant. | 23 Civ. 1814 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The Court is in receipt of the parties various sealing requests. This includes: Defendant's application to file under seal its Memorandum of Law in Opposition to Plaintiff's Motion *in Limine* to Preclude Certain Witnesses and the related Declaration of Mark L. Deckman (*see* Dkt. #223), to which Plaintiff does not object (Dkt. #242); Plaintiff's letter motion (*see* Dkt. #228) and Defendant's supplemental application to file under seal Plaintiff's Memoranda of Law in Opposition to Defendant's Motions *in Limine* Nos. 1 through 6, the Omnibus Declaration of John N. Ellison, and Exhibits 1 through 22 attached thereto (Dkt. #255); Defendant's application to file under seal its Reply Memoranda of Law in Further Support of its Motions *in Limine* Nos. 1 through 6, the Declaration of Mark L. Deckman, and the exhibits attached thereto (Dkt. #240); Plaintiff's letter motion (Dkt. #245) and Defendant's supplemental application to file under seal Plaintiff's Reply Memoranda in Support of its Motions in *Limine* and Exhibits A and B to the Declaration of Richard P. Lewis (Dkt. #258). Upon review of these motions and related filings, the Court GRANTS all the parties' sealing applications.

The Clerk of Court is directed to maintain under seal docket entries 224, 225, 229-34, 237, 241, 243, 246-51, and 253-54.

The Clerk of Court is further directed to terminate the pending motions at docket entries 223, 228, 240, and 245.

SO ORDERED.

Dated: October 9, 2026
New York, New York

Katherine Polk Failla

KATHERINE POLK FAILLA
United States District Judge