DENTONS

Mark Deckman

mark.deckman@dentons.com
D +1 212-398-8465

Dentons US LLP
1221 Avenue of the Americas
New York, NY 10020
United States

dentons.com

**VIA ECF**

October 25, 2026

The Honorable Katherine Polk Failla
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

MEMO ENDORSED

Re: ***Bryce Corp. v. XL Insurance America, Inc.*, S.D.N.Y. No. 1:23-cv-01814-KPF –Letter Motion to Provisionally Seal Entirety of XL's Bench Brief Regarding Exclusion of June 3, 2022 and October 24, 2022 Christopher Brophy Lost Sales Memos and July 14, 2022 Frito Lay Lost Sales Memo and Supporting Exhibits**

Dear Judge Failla:

Pursuant to Section 9(C) of this Court's Individual Rules of Practice, Defendant XL Insurance America, Inc. ("XL") submits this Letter Motion for leave to file provisionally under seal in the entirety XL's Bench Brief Regarding Exclusion of June 3, 2022 and October 24, 2022 Christopher Brophy Lost Sales Memos and July 14, 2022 Frito Lay Lost Sales Memo and Supporting Exhibits. The supporting exhibits have been marked confidential by Bryce Corporation ("Bryce") or otherwise contain or incorporate such confidential information. The Bench Brief discusses in detail and quotes extensively from these materials, rendering redaction impractical. As required by Rule 2(C) of this Court's Individual Rules of Practice, Bryce will have three business days to file a response to this Letter Motion setting forth its position. XL takes no position with respect to sealing these materials.

Respectfully Submitted,

Mark L. Deckman

cc: All counsel of record via ECF and email

Application GRANTED.

The Clerk of Court is directed to maintain under seal docket entry 272 and its attachments. Further, the Clerk of Court is directed to terminate the pending motion at docket entry 271.

Dated: October 26, 2026
New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE